UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | 2:25-cv-01215-MEMF-ASx | Date | May 8, 2025 |
|---|---|---|---|
| Title | Kai Liu et al v. Sealy, Inc. et al | Page | 1 of 1 |

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|

| Holidae Crawford | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Charlotte Mikat-Stevens | Courtney Chambers |

**Proceedings: PLAINTIFFS' MOTION TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR [10]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**

| CV-90 | **CIVIL MINUTES - GENERAL** | :05 |
|---|---|---|
| | | Initials of Deputy Clerk: HC |